# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WALSH CONSTRUCTION COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RMA LAND CONSTRUCTION, INC., a California corporation,<br><br>　　　　Defendant. | CASE NO. SACV 15-00541-JLS-(DFMx)<br><br>**ORDER AND JUDGMENT** |

703891

1    The Court has before it Plaintiff Walsh Construction Company's ("Walsh")
2    Application for Default Judgment.  Plaintiff's Complaint, Summons, and all
3    attachments thereto were served on Defendant RMA Land Construction ("RMA")
4    and Proof of Service was filed with the Court.  On October 7, 2015, the Clerk of the
5    Court for the United States District Court for the Central District of California
6    entered default against Defendant for failure to respond to the Complaint or
7    otherwise defend this action.  (Dkt. No. 16.)
8    On April 6, 2015, Plaintiff sued Defendant for breach of contract.  Since
9    default has been entered against Defendant and there being an express finding of no
10   just reason for delay, Plaintiff's Application for Default Judgment is granted.  *See*
11   Fed. R. Civ. Proc., § 55(b)(2).  Accordingly, the Court hereby orders entry of
12   judgment as follows against Defendant RMA:

    1. Judgment in favor of Plaintiff in the sum of $758,186;
    2. Interest in the sum of $86,355.11 as of the date of Plaintiff's Application for Default Judgment, which shall continue to accrue at the parties' contractually agreed upon rate of 3 percent above the Prime Lending Rate until judgment is paid; and
    3. Attorneys' fees in the sum of $20,490.82.

The Court further orders that this order and judgment is a final appealable order.

**IT IS SO ORDERED.**

DATED: March 8, 2016                    _____
                                        Hon. Josephine L. Staton
                                        United States District Judge

1